**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Michael T. Moran, Esq. – 251732019
Mack Cali Corporate Center
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
Costco Wholesale Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| SHERRY PRESSLER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; JOHN DOES #1-10 (fictitious persons); and ABC CORPS #1-10 (fictitious entities),<br><br>Defendants. | Hon. ______________________, U.S.D.J.<br>Hon. ______________________, U.S.M.J.<br><br>Civil Action No.<br><br>**NOTICE OF REMOVAL** |

Defendant, Costco Wholesale Corporation ("Costco"), by its attorneys, Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, respectfully petitions the United States District Court for the District of New Jersey as follows:

1. This case was commenced on July 14, 2023 when Plaintiff, Sherry Pressler ("Plaintiff"), filed a Complaint in the Superior Court of New Jersey, Law Division, Middlesex Vicinage, captioned Sherry Pressler v. Costco Wholesale Corp., et al., Docket No. MID-L-3958-23 (the "State Court Action"). A true and accurate copy of the Summons and Complaint are attached hereto as **Exhibit A**.

2. Costco first received a copy of the Summons and Complaint and notice of this lawsuit on or about July 18, 2023 when the Summons and Complaint were served upon Costco's designated agent.

3. The filing of this Notice of Removal is timely because it is filed within 30 days of the date Costco received a copy of the Complaint and notice of this lawsuit. See 28 U.S.C. § 1446(b)(1).

4. Plaintiff's Complaint, filed in the Superior Court of New Jersey, Law Division, Middlesex Vicinage, asserts damages of a non-specified amount. Plaintiff alleges that Costco was negligent and caused Plaintiff to become injured due to a fall on its property. Plaintiff maintains that Costco's purported negligence caused her to suffer permanent bodily injuries to her arm, shoulder, and face, requiring her to expend sums of money on past and future medical treatment and sustain economic loss. She further claims to have been disabled and will likely be unable to perform her usual functions. As such, Costco reasonably believes the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Based on the allegations in the Complaint, Plaintiff is a citizen of the State of New Jersey. Costco is a Washington corporation maintaining its principal place of business at 999 Lake Drive, Issaquah, Washington 98027. As such, this action is between a citizen and corporation of diverse states. See 28 U.S.C. § 1332(a)(1); 28 U.S.C. § 1332(c)(1).

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446(a) because the United States District Court for the District of New Jersey is the federal judicial district embracing the Superior Court of New Jersey, Law Division, Middlesex Vicinage, where the State Court Action was originally filed.

7. Furthermore, venue is proper in the United States District Court for the District of New Jersey, Trenton Vicinage, because the negligence alleged in Plaintiff's Complaint occurred in or about the Flemington Costco Wholesale Warehouse, located at 2A Walter E. Foran Boulevard, Borough of Flemington, County of Hunterdon, State New Jersey.

8. Accordingly, this action is removable to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1441.

9. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, orders, and documents from the State Court Action served upon Costco are being filed with this Notice of Removal and are attached hereto as **Exhibit B**. Costco will file true and legible copies of all other documents on file in the State Court Action within 30 days of the filing of this Notice of Removal.

**WHEREFORE**, Costco respectfully requests that this Court accept removal of this action from the Superior Court of New Jersey, Law Division, Middlesex Vicinage, Docket No. MID-L-3958-23, to the United States District Court for the District of New Jersey, Trenton Vicinage.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

By: /s/ Douglas V. Sanchez
Douglas V. Sanchez, Esq.

Dated: July 25, 2023

I certify that a true and accurate copy of the Complaint filed in the Superior Court of New Jersey, Law Division, Middlesex Vicinage, along with a copy of the Summons issued to this Defendant is annexed hereto as **Exhibit A**.

/s/ Douglas V. Sanchez
Douglas V. Sanchez, Esq.

Dated: July 25, 2023

# EXHIBIT A

BELL, SHIVAS & BELL, P.C.
David T. Shivas (Attorney I.D. No.: 016352001)
150 Mineral Springs Drive
P.O. Box 220
Rockaway, NJ 07866
Telephone: (973) 442-7900
Fax: (973) 442-7990
Attorneys for Plaintiff, Sherry Pressler

| | |
|---|---|
| SHERRY PRESSLER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; JOHN DOES #1-10 (fictitious persons); and ABC CORPS #1-10 (fictitious entities)<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO. MID-L-<br><br>CIVIL ACTION<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Sherry Pressler ("Plaintiff") residing at 51 Poling Farm Court, Belle Mead, New Jersey 08502, by way of complaint against defendant Costco Wholesale Corporation states:

1. Plaintiff is an individual, residing in Hunterdon County, who has a membership at Costco Wholesale.

2. Defendant Costco Wholesale Corporation ("Costco") is a national retailer and wholesaler headquartered at 999 Lake Drive, Issaquah, Washington, operating many locations throughout New Jersey, including warehouse stores in Middlesex County and at 2A Walter E Foran Blvd. N, Flemington, New Jersey 08822.

3. At all times mentioned herein and upon information and belief, defendants, ABC Corps. # 1-10 (fictitious entities), and defendants, John Does # 1-10 (fictitious names), are unknown entities and/or individuals who own or occupy the subject premises, or are responsible

for property management or maintenance of Costco, and/or are agents, subcontractors, or employees of Costco.

**FIRST COUNT**

4. Plaintiff repeats and realleges each allegation contained in the preceding paragraphs as though fully set forth at length herein.

5. On October 2, 2022, Plaintiff was a business invitee on the premises owned, managed, and maintained by Costco at its Flemington, New Jersey warehouse, located at 2A Walter E Foran Blvd. N, Flemington, New Jersey 08822.

6. After completing her shopping, Plaintiff walked out of the store back to her vehicle, which was parked in the parking lot.

7. While walking in the parking lot to her car, Plaintiff stepped on the white painted stop line at the end of one of the aisles of parking spaces.

8. Plaintiff was caused to slip on the painted line and she fell forward onto the ground, hitting her arm, shoulder, and head.

9. As a result, Plaintiff sustained injuries to her arm, shoulder, head, and face.

10. Defendant owed Plaintiff a duty to maintain the premises free from hazardous and/or unsafe conditions, including the painted lines, which were slippery.

11. Defendant was negligent and otherwise breached their duty to Plaintiff in that it:

a. Did not keep the premises in a safe condition;

b. Did not exercise proper care;

c. Caused a dangerous condition to exist;

d. Allowed a nuisance to exist;

e. Failed to provide safeguards and/or warnings in the parking lot;

f. Failed to provide proper, safe, and clear access for persons allowed upon and invited to sue the property;

g. Failed to keep the property free and clear of any and all accumulation of debris; and

h. Were otherwise negligent in the maintenance and/or inspection of the premises.

12. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer permanent bodily injuries, has incurred, and will continue to incur expenses for medical treatment, and has been disabled and in the future will likely be unable to perform her usual functions.

13. These injuries have caused Plaintiff great pain and suffering and have required medical treatment.

WHEREFORE, plaintiff, Sherry Pressler, demands judgment against defendant Costco for damages, together with interest, attorneys' fees, costs of suit, and any other such relief as the Court should deem appropriate.

## SECOND COUNT

14. Plaintiff repeats and realleges each allegation contained in the preceding paragraphs as though fully set forth at length herein.

15. On or about October 2, 2022, defendants, ABC Corp. # 1-10 (fictitious entities), and Defendants, John Does # 1-10 (fictitious names), unknown entities and individuals, owned, managed, maintained, or performed construction at or upon the subject premises, and were responsible for overseeing and maintaining the condition of the premises.

16. At the same time and place aforesaid, defendants ABC Corp. # 1-10 and/or John Does # 1-10, jointly, severally or in the alternative, individually or through their agents, servants employees, contractors or subcontractors, owed to Plaintiff and others lawfully using the premises,

the duty to use reasonable care and caution to maintain and keep the premises in a safe condition, free from any defects, or hazardous conditions.

17. At the same time and place, defendants ABC Corp. # 1-10 and/or defendants John Does # 1-10 maintained, managed, or performed construction at or upon the property in such a reckless, careless and negligent manner so as to permit a dangerous and unsafe condition to exist upon the premises.

18. As a direct and proximate result of defendants ABC Corps. # 1-10 and/or defendants John Does # 1-10 carelessness, recklessness, negligent operation or maintenance of its business, or negligent construction at or upon the subject premises, Plaintiff was caused to slip and fall at the subject premises, causing Plaintiff to sustain severe and permanent injuries.

19. As a direct and proximate result of the defendants ABC Corp. # 1-10 and/or defendants John Does # 1-10 carelessness, recklessness or negligent repair, installation, construction or maintenance at the subject premises, Plaintiff was caused to slip and fall, causing Plaintiff to sustain severe and permanent injuries.

WHEREFORE, plaintiff, Sherry Pressler, demands judgment against defendants ABC Corps. #1-10 and John Does #1-10, jointly and severally, for damages, together with interest, attorneys' fees, costs of suit, and any other such relief as the Court should deem appropriate.

BELL, SHIVAS & BELL, P.C.
Attorneys for Plaintiff,
Sherry Pressler

By: ____________________
David T. Shivas

Dated: July 14, 2023

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

David T. Shivas, Esq. is designated as trial counsel in this matter.

## DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS

Pursuant to R. 4:10-2(b), demand is hereby made that Defendant disclose to the undersigned whether there are any insurance agreements and/or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or party of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgement. If so, please attach a copy of each or, in the alternative, state under oath and certification: (a) policy number, (b) name and address of insurer, (c) inception and expiration dates, (d) names and addresses of all persons insured thereunder, (e) personal injury limits, (f) property damage limits, and (g) medical payment limits.

## CERTIFICATION PURSUANT TO R. 4:5-1

I certify that all matters in controversy in this action are not the subject of any other action pending in any other court or of a pending arbitration proceeding, and that no other action or arbitration proceeding is contemplated.

BELL, SHIVAS & BELL, P.C.
Attorneys for Plaintiff,
Sherry Pressler

By: ______________________
David T. Shivas

Dated: July 14, 2023

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-003958-23

**Case Caption:** PRESSLER SHERRY VS COSTCO WHOLESALE COR PORATION
**Case Initiation Date:** 07/14/2023
**Attorney Name:** DAVID THOMAS SHIVAS
**Firm Name:** BELL, SHIVAS & BELL, P.C.
**Address:** 150 MINERAL SPRINGS DR PO BOX 220 ROCKAWAY NJ 07866
**Phone:** 9734427900
**Name of Party:** PLAINTIFF : Pressler, Sherry
**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: Sherry Pressler? NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

07/14/2023
Dated

/s/ DAVID THOMAS SHIVAS
Signed

# EXHIBIT B

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK NJ 08903-2633

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 645-4300
COURT HOURS 8:30 AM - 4:30 PM

DATE: JULY 14, 2023
RE: PRESSLER SHERRY VS COSTCO WHOLESALE COR PORATION
DOCKET: MID L -003958 23

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON J R. CORMAN

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 003 AT: (732) 645-4300 EXT 88371.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: DAVID T. SHIVAS
BELL, SHIVAS & BELL, P.C.
150 MINERAL SPRINGS DR
PO BOX 220
ROCKAWAY NJ 07866

ECOURTS